Anne Marie Tavella, ABA #1506045
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
annemarietavella@dwt.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WATTERSON CONSTRUCTION CO.,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL DOOR, INC.,<br><br>Defendant. | Alaska Superior Court Case No.:<br>3AN-21-04368CI<br><br>Case No. 3:21-cv-_____ |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant International Door, Inc. ("International Door") hereby removes this case to the United States District Court for the District of Alaska on the grounds set forth below:

1. On or about February 2 2021, Plaintiff Watterson Construction Co. ("Watterson") filed an action against International Door in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, titled *Watterson Construction Co., v. International Door, Inc.*, Case No. 3AN-21-04368CI (the "State Action").

### TIMELY REMOVAL

2. International Door first received the initial pleadings setting forth the claims for relief on which the State Action is based on February 9, 2021. This Notice of Removal of Civil

Action is filed within thirty days after receipt by International Door of copies of the Summons and Complaint in the State Action on February 9, 2021, and is timely under 28 U.S.C. § 1446(b).

**DIVERSITY JURISDICTION**

3. This Court has original jurisdiction over the claims set forth in the Complaint pursuant to 28 U.S.C. § 1332(a), on the basis of diversity jurisdiction. Diversity jurisdiction exists where the matter in controversy is between citizens of different states and exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332.

4. On information and belief, Watterson is a construction company incorporated in Alaska, whose principal place of business is located in Anchorage, Alaska. Compl. ¶ 1.

5. Defendant International Door is a door supplier incorporated in the State of Michigan, with its principal place of business in Canton, Michigan. It is a citizen of Michigan, and therefore is not a citizen of the same state as Watterson. Compl. ¶ 2.

6. The amount in controversy exceeds $75,000. Watterson prays in its Complaint for compensatory damages against International Door in excess of $860,566.96, plus enhanced damages under the Alaska Unfair Trade Practices and Consumer Protection Act. Compl., Prayer for Relief ¶¶ 1-2.

7. Accordingly, the Complaint satisfies the diversity and amount in controversy requirements of 28 U.S.C. §§ 1332(a) and 1441(b)(2). The State Action is, therefore, a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

NOTICE OF REMOVAL OF CIVIL ACTION - Page 2 of 4
*Watterson Construction Co., v. International Door, Inc.,* Case No. 3:21-cv-_____

## VENUE

9. Venue is proper in this district pursuant to District of Alaska Local Rule 3.3(b).

## NOTICE

10. Attached as **Exhibit A** is a copy of the notice to the state court of the removal, which will be filed promptly in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

11. Copies of all process, pleadings, and orders received or obtained by International Door are attached as Exhibits according to 28 U.S.C. § 1446(a):

| Exhibit ID | Document Name | Date Filed |
|---|---|---|
| **Exhibit B** | Complaint | 02-02-2021 |
| **Exhibit C** | Summons and Notice | 02-02-2021 |
| **Exhibit D** | Entry of Appearance | 02-02-2021 |

WHEREFORE, International Door, Inc. has removed the state action to this Court.

DATED this 1st day of March, 2021.

> DAVIS WRIGHT TREMAINE LLP
> Attorneys for Defendant International Door, Inc.
>
> By: */s/ Anne Marie Tavella*
> Anne Marie Tavella, ABA #1506045

NOTICE OF REMOVAL OF CIVIL ACTION - Page 3 of 4
*Watterson Construction Co., v. International Door, Inc.,* Case No. 3:21-cv-_____

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

<u>Certificate of Service</u>

On the 1st day of March 2021, a true and correct copy of the foregoing document was sent to the following parties via Email and U.S. Mail, postage paid:

Suzanne A. Adler
Douglas A. Karet
Bankston Gronning Brecht P.C.
188 W. Northern Lights Blvd., Suite 1020
Anchorage, AK 99503
sadler@bgbalaska.com
dkaret@bgbalaska.com


By: /s/   *Kris Hamann*

NOTICE OF REMOVAL OF CIVIL ACTION - Page 4 of 4
*Watterson Construction Co., v. International Door, Inc.,* Case No. 3:21-cv-_____

4822-9127-7021v.2 0117289-000001