Suzanne A. Adler
Douglas A. Karet
Bankston Gronning Brecht P.C.
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Telephone: (907) 276-1711
Email: sadler@bgbalaska.com
Email: dkaret@bgbalaska.com

*Attorneys for Plaintiff*

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD DISTRICT AT ANCHORAGE

WATTERSON CONSTRUCTION CO., )
Plaintiff, )
v. )
INTERNATIONAL DOOR, INC., )
Defendant. ) Case No. 3AN-21-_______ CI

**COMPLAINT**

COMES NOW Watterson Construction Co. by and through counsel Bankston Gronning Brecht P.C., for its Complaint against International Door, Inc. and alleges as follows:

JURISDICTION

The Superior Court has jurisdiction over these claims because the amount in controversy exceeds $100,000.00.

VENUE

Pursuant to Alaska Rule of Civil Procedure 3(c), venue in this case is proper in Anchorage, Alaska.

## PARTIES

1. Watterson Construction Co. ("Watterson") is a construction company whose principal place of business is located in Anchorage, Alaska. Watterson is in all ways qualified to maintain this action.

2. International Door, Inc. ("International Door") is a door supplier company whose principal place of business is located in Canton, Michigan.

## STATEMENT OF FACTS

3. Watterson was the prime contractor on a project with the United States Army Corps of Engineers ("USACE" or "the Government") at Eielson Air Force Base ("Eielson"), located in Eielson, Alaska, to construct a hangar complex at Eielson ("the Project").

4. On February 20, 2018, James Watterson, President of Watterson, executed a purchase order with International Door to purchase 32 vertical lifting fabric hangar doors ("VLFD") for a total of $3,845,176.00.

5. The purchase order specifically required International Door to provide the "design, engineering, shop drawings, and O&M manuals" necessary to meet the Government's design and performance requirements for the hangar doors.[1]

6. The 32 hangar doors (IDI model Parthenon Door VLF-ISM-IIB Clear Opening 55' wide 29' high) were intended to be installed on the Project. International Door is an experienced and nationally recognized designer and manufacturer of doors, and it represented that it was capable of manufacturing the doors to the specifications provided by the USACE.

7. International Door designed the hangar doors, created the design criteria, and then bid on its own specifications and design. Watterson relied on the professional expertise of International Door for the performance of its contract with the USACE.

8. International Door manufactured and supplied the hangar doors, including the door fabric for the Project.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

---

[1] A copy of the purchase order is attached hereto as **Exhibit 1**.

9. International Door knew the hangar doors were to be installed in Eielson with the temperature limitations and performance requirements for the Eielson Project located in Eielson, Alaska. The Eielson hangar Project's intent was to house the F-35, the latest and most advanced fighter jet available to the U.S. Armed Services.

10. The $3,845,176.00 purchase price for the hangar doors was FOB Tacoma, Washington. Ultimately, Watterson chose to be responsible for the transportation of the 32 door components from International Door's facility in Canton, Michigan, to Eielson, which resulted in a change order reducing the contract price to $3,545,176.00.[2]

11. The first shipment of components from International Door arrived at Eielson on October 2, 2018. The last shipment was received on February 22, 2019. Watterson expected International Door to provide all of the components needed to complete the assembly of a specified amount of doors in each shipment. Instead, International Door arranged its shipment to contain various components needed to assemble all of the doors. Therefore, instead of receiving all of the components needed to assemble four doors in one shipment, Watterson instead received shipments containing various components (such as fabric, drum welds, and cables), which were not sufficient to assemble a single door in entirety. Based upon this shipping decision, Watterson's ability to assemble the doors was significantly impacted because Watterson had to wait until it received all of the shipments in order to have all of the components onsite to assemble a single door. Watterson was able to assemble a single door in January and early February of 2019, only because International Door shipped a box of missing components to Eielson in January 2019, as fully set forth in Paragraph 19 of this Complaint.

12. At some point after Watterson received the components of the hangar doors, Watterson recognized that the painting on the metal components was defective, insufficient, flaking off, and unlikely to be accepted by the Government.

[2] **Exhibit 2**.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

13. There was no cohesion on the primer paint and therefore the primer was not able to perform its intended purpose of securing the topcoat of paint to the door components.

14. Because of this issue, Watterson contacted International Door and explained the deficiency of the paint on the door components and that International Door would need to remediate the defect.

15. Watterson determined that the components of the hangar doors would need to be sandblasted, reprimed, and painted.

16. International Door agreed that the paint on the hangar door components was defective and needed to be remediated. Watterson demanded that International Door make provisions to remediate the defective paint. International Door refused to act, and its failure was in danger of delaying the Project. In light of such, Watterson was forced to act to address and remediate the defective paint.

17. Watterson remediated International Door's defective paint workmanship and/or product at Watterson's own expense.

18. In total, exclusive of topcoat paint, Watterson paid $182,272.54 to transport the door components from Eielson to Anchorage for repair, remediate the defective paint, and return the components to Eielson for installation.

19. The contract between International Door and Watterson required International Door to send an experienced installer to Eielson to supervise and advise Watterson regarding the installation of the hangar doors. On or about January 29, 2019, International Door sent Marty Allen Bostic ("Bostic") to assist Watterson's crew in the assembly and installation of the hangar doors. The last shipment of door components was due to arrive prior to Bostic's arrival at Eielson. Only after Bostic arrived at Eielson did Watterson discover that components necessary to assemble the door were not delivered as intended. In light of such, Bostic returned to his accommodation, and International Door shipped the missing components overnight to Watterson, so Watterson could proceed to assemble a single door, with International Door's representative onsite.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

20. In breach of International Door's contract with Watterson, Bostic spent only 16-20 hours at the Project. The contract required International Door to provide an IDI Lead Supervisor to supervise the Installation of one door, with an approximate installation time of 8-10 working days. Bostic's 16-20 hours of attendance at the Project site was insufficient to meet International Door's contractual obligations, since the first door's installation was not completed in 16-20 hours, nor could it have been. For the 16-20 hours that Bostic was at the Project site, he spent the majority of his time in his vehicle, due to the low temperatures at Eielson in January.

21. While at the Project, Bostic confirmed that Watterson's crew was assembling and installing the components of the hangar doors properly and in accordance with International Door's specifications and procedures. Bostic was International Door's representative, and he was authorized to approve Watterson's installation of International Door's products; however, one of the items that Bostic instructed Watterson's staff to install were the limit switches. Ultimately, Watterson followed and accepted Bostic's instructions. Watterson later came to be aware that the limit switches were installed backward. It cost Watterson approximately $15,000 to correct the installation of the limit switches.

22. On or about January 27, 2020, and after the hangar doors were installed, Watterson recognized that the door fabric supplied by International Door was defective.

23. For example, the fabric did not lay flush on the jambs (sides) of the door, which made it impossible for the fabric to lay flush with the sides of each door. Therefore it was impossible for the sides of the doors to seal.

24. This failure was incredibly problematic because of the temperatures at Eielson, as well as the fact that F-35s were intended to be parked in these hangars, which are required to be stored in an appropriate temperature-controlled environment.

25. In addition to the defective fabric that did not lay flat and seal the hangar jambs International Door's defective fabric caused the doors to not open properly or in accordance with the specifications.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

26. Specifically, the fabric provided by International Door never folded correctly or neatly during operation of the hangar doors. The fabric did not raise and fold over as it was intended and required to do. When the door fabric folded, it folded in an uneven manner, which caused cracking, and the fabric frequently became caught in the tracks of the door. Since the door fabric did not fold correctly, the fabric tore, warped, and folded inward.

27. When Watterson initially inspected the hangar door fabric and door components, the defective condition of the fabric was not evident. If the fabric was manufactured properly, it would be able to lay flat on the main beams and support beams for the hangar doors. However, the door fabric supplied by International Door began to rip and tear when the doors were operational, especially in colder temperatures. Therefore, the defective condition of the fabric was discovered by Watterson only when the doors were fully assembled, installed, and became operational. The initial installation of the fabric was completed on or about June 24, 2019, and the defective condition of the fabric was recognized thereafter.

28. On or about February 18, 2020, Creative Concepts, a third party inspector, inspected the VLFD fabric supplied by International Door and concluded: "The overall quality of the fabric provided has multiple defects and no means of adjustment or patching will fix the deficient product enough to be accepted by the government. The recommendation is to replace the entire curtain with a higher quality product."

29. On or about February 28, 2020, Watterson informed International Door that the Government had rejected the hangar door fabric:

> The gov't has rejected all of the lower fabric on all of the doors. The cracking is apparent on at least 6 of the doors, and the wrinkling is apparent on all of the doors especially on the ends. The gov't has stated that with the wear and cracking that is already apparent, and with the limited use of the doors at this point, they are concerned with the integrity and longevity of this material. The COE is getting good examples of how this fabric works and functions in the cold weather as it is still in the -30 range. At the top portion, we have worked on adding a reinforcing strip at the edges of one of the doors and this seems to help with the proper lay down of the fabric. We have not

> noticed any cracking on the upper portion. The building is ready for occupancy and all of our final inspections are complete, but with the problem on the fabric of the doors, the Gov't will not take possession of our building until we make necessary corrections. We see no alternative, but to replace the existing fabric on at least the lower sections of the doors, in order to have the gov't accept the building. So a timely response is critical, as the jets that will occupy this building are due to be onsite the first of April.[3]

30. In response, International Door represented to Watterson that the defective fabric for the hangar doors was supplied to International Door by Heytex Bramsche Gmb ("Heytex").

31. International Door and Heytex are in privity of contract.

32. During a March 17, 2020 conference call between representatives of Watterson, International Door, and Heytex, a Heytex employee admitted that the wrong fabric was utilized for the Project and that it never should have been provided to International Door and ultimately supplied to Watterson. This employee admitted that she had 34 years of experience with Heytex and its products.

33. On or about March 23, 2020, International Door admitted to Watterson that the fabric needed to be replaced and that International Door's supplier, Heytex, had breached its warranty on the fabric:

> Frank from Heytex (Bondcote) has refused to cover this under warranty. Therefore, do what you have to do to complete this job and we will go after the mfg of the fabric (heytex) together.[4]

34. Watterson responded to International Door's March 23, 2020 email and reiterated that it was International Door's responsibility, not Watterson's, to remedy the defective fabric and/or pursue Heytex for any breach of warranty or related claims:

> If Heytex is responsible for the defective fabric, it is up to International Door to "go after" Heytex. Watterson Construction

---

[3] **Exhibit 3**.

[4] *Id.*

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

cannot do so independently, and will not do so in conjunction with International Door. International Door will be responsible for Watterson Construction's costs to remedy the defective fabric, and Watterson Construction will seek compensation for the increased costs directly from International Door.[5]

35. Despite International Door's recognition that the fabric was defective, International Door refused to assist Watterson in remediating the fabric or completing the Project.

36. As a result, Watterson incurred damages to remediate the defective fabric and to complete the Project. Watterson incurred costs and markup in the amount of $598,372.00.

37. In addition to the issues presented by the defective paint and the defective door fabric, in or about July 2019, Watterson discovered that the welds on components supplied by International Door were also defective. Specifically, the welds on the hangar door drums were cracked and contained discontinuities. The defective welds on the door drums were a safety issue compounding the aforementioned issues with the defective door fabric.

38. Watterson discovered the issue with the defective drum welds when the door drum broke on one of the doors (Door 6 South) and the hangar door unexpectedly dropped 8-10 feet. The door was stopped because of the emergency brakes. After this incident, Watterson paid a third party to perform a welding inspection on two randomly picked doors, which revealed that the drum welds on the two selected doors were also deficient. The doors inspected by the third-party inspection company were randomly selected by the company.

39. International Door agreed that the welds on the door drums were defective and repaired the failed drum welds at its own expense.

40. In order to facilitate International Door's repairs on the drum welds, however, Watterson was forced to incur $64,922.42 in costs in order to assist with disassembly to remove and replace the hangar door drive assemblies to repair the defective welds.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

---

[5] *Id.*

41. Watterson was able to complete the Project and achieve substantial completion of the building and eight hangar doors on or about April 10, 2020. The USACE did not accept the remaining 24 doors until June 15, 2020.

42. To date, there is a $50,000 retainage which remains on the purchase order between International Door and Watterson. Since Watterson's damages vastly exceed the $50,000 allegedly owed to International Door, Watterson continues to maintain possession of the $50,000 retainage.

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT—PAINT**

43. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

44. Watterson and International Door executed a purchase order which required International Door to provide 32 vertical hangar doors. The purchase order also required International Door to provide the components for the 32 vertical hangar doors, which were primed and painted by International Door for their purpose.

45. Once the components were transported to Eielson, Watterson recognized that the paint was not sufficient for its purposes because the paint was chipping and peeling away from the hangar doors.

46. Watterson informed International Door of the deficiency of the paint, and it informed International Door that it would be responsible for these costs. International Door did not remedy the defective paint on its own.

47. As a result of International Door's failure to provided adequate primer and paint for the door components, and to remedy its failure, Watterson incurred costs to ship the components of the 32 vertical hangar doors to Anchorage.

48. Watterson incurred costs to have the components of the 32 hangar doors sandblasted, primed, painted, and redelivered to the Project site at Eielson.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

49. As a result of International Door's breach of the purchase order, Watterson suffered damages in the amount of $182,272.54 for which International Door is liable.

**SECOND CAUSE OF ACTION**
**BREACH OF CONTRACT—DRUM WELDS**

50. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

51. The purchase order between Watterson and International Door required International Door to provide all of the components needed to install the 32 vertical lift hangar doors.

52. The drum welds provided by International Door were needed to install the 32 vertical lift hangar doors.

53. International Door provided defective drum welds to Watterson, which had fusion cracks and experienced weld failure.

54. The issues with the defective drum welds were only discovered after Watterson had completed the installation of the hangar doors.

55. International Door sent three employees to Eielson and it performed the necessary work to remediate and replace the defective drums welds; however, since the defect in the drum welds was only discovered after the installation of the doors, Watterson incurred costs to assist in removing the door drive assemblies and assist in reinstalling the door drive assemblies after the drum welds were repaired.

56. At the time when International Door's employees departed Eielson, two doors were left not assembled. One of the doors (the 10 South Door) had a damaged gear, which International Door's employees destroyed and prevented reassembly. The other door (the 13 South Door) was just left unassembled at that time. In order to address these doors, Watterson had International Door supply a new drive gear for the 10 South Door and Watterson reassembled the 13 South Door.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

57. Watterson would not have incurred the costs to remove and reinstall the door drive assemblies if International Door had provided sufficient drum welds to install the 32 hangar doors, as it was contractually required to do.

58. As a result of the failed drum welds, Watterson suffered damages in the amount of $64,922.42 or which International Door is liable.

## THIRD CAUSE OF ACTION
## BREACH OF CONTRACT—FABRIC

59. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

60. The purchase order required International Door to provide all components necessary for Watterson to install the 32 hangar doors.

61. The 32 hangar doors are constructed of fabric, and therefore, the purchase order required International Door to furnish fabric to Watterson that was sufficient for its purpose.

62. International Door has acknowledged that the fabric was defective, and it instructed Watterson to complete the Project, and then the parties could jointly pursue a cause of action against the manufacturer of the fabric (Heytex).

63. International Door's failure to provide fabric, which is sufficient for its purpose, was a breach of the purchase order which caused Watterson to suffer damages in the amount of $598,372.00.

## FOURTH CAUSE OF ACTION
## BREACH OF IMPLIED WARRANTY OF FITNESS
## FOR A PARTICULAR PURPOSE
## (AS 45.02.135)

64. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

65. International Door knew or had reason to know that the hangar doors that Watterson purchased were intended to be fit for the particular purpose required by Watterson's contract with the USACE.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

66. International Door knew or had reason to know that Watterson was relying on International Door to supply hangar doors that would meet the requirements contained in Watterson's contract with the USACE.

67. Pursuant to AS 45.02.135, International Door implied warranty that the hangar doors would be fit for Watterson's and the Government's particular purpose.

68. The hangar doors that International Door sold to Watterson were unfit for Watterson's purpose and/or the purpose of Watterson's contract with the USACE. International Door was, or should have been aware, that the fabric was insufficient, that the paint was insufficient, as were the drum welds. These errors all compounded where the components provided by International Door were wholly insufficient for both Watterson's and the Government's purpose.

69. International Door breached the implied warranty of fitness for a particular purpose under AS 45.02.135.

70. Watterson suffered damages of $860,566.96 as a result of International Door's breach in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION
## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

71. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

72. All contracts in Alaska include an implied duty of good faith and fair dealing that requires cooperation between the parties, including a duty not to hinder the other party's performance.

73. The purchase order is a contract which obligates International Door to provide all components needed to install 32 vertical hangar doors to Watterson.

74. The fabric and components provided by International Door were not sufficient for their purpose because of the failure of the fabric, the paint, and the drum welds.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

75. International Door breached this implied covenant when it refused to cover Watterson's costs for the failure of the paint, the failure of the drum welds, and the failure of the fabric. As the prime contractor, Watterson was obligated to provide a finished project to the COE on the specified date of completion.

76. International Door knowingly breached the implied covenant when it conceded that the fabric was insufficient for its purpose, but it instructed Watterson to complete the Project, and then the parties could jointly pursue a claim against Heytex.

77. International Door's breach of the implied covenant has caused Watterson to suffer damages in the amount of $860,566.96 for which International Door is responsible.

**SIXTH CAUSE OF ACTION**
**VIOLATION OF ALASKA UNFAIR TRADE PRACTICES**
**AND CONSUMER PROTECTION ACT**
**(AS 45.50.471 *et seq.*)**

78. Watterson realleges each and every allegation contained in the preceding paragraphs of this Complaint.

79. International Door committed an unfair or deceptive act or practice by representing to Watterson that the components of the 32 vertical lifting fabric hangar doors were sufficient for their purpose, when in fact, the paint, drum welds, and fabric were not sufficient for its purposes.

80. Watterson relied on International Door's representation by entering into a contract with International Door to provide the components of the 32 vertical hangar doors.

81. Watterson suffered damages as a result of International Door's fraudulent representation, as it incurred over $500,000 in additional costs to remediate the failures associated with the paint, drum welds, and fabric.

82. Watterson is entitled to recover any and all damages sustained as a result of such violation of the Alaska Unfair Trade Practices and Consumer Protection Act, in an amount to be determined at trial.

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

83. International Door warrantied the door; breached the warranty for which Watterson incurred damages in an amount to be proven at trial.

84. International Door designed and specified the materials for the hanger doors. The design and materials were defective for which Watterson has suffered damages.

WHEREFORE, Watterson respectfully prays for judgment as follows:

1. That judgment be entered against International Door on all counts alleged by Watterson for all its compensatory damages, the exact amount to be proven at trial but in an amount of at least $860,566.96), together with prejudgment interest thereon;

2. That judgment be entered against International Door for enhanced damages related to violation of the Alaska Unfair Trade Practices and Consumer Protection Act;

3. That Watterson be awarded its prejudgment interest;

4. That Watterson be awarded its costs and attorneys' fees as allowed by the applicable civil rules; and

5. For such other and further relief as the Court may deem just, proper and equitable under the circumstances.

DATED at Anchorage, Alaska this 2nd day of February, 2021.

BANKSTON GRONNING BRECHT P.C.
Attorneys for Plaintiffs

By: /s/ Suzanne Adler
Suzanne A. Adler
Alaska Bar No. 1612113
sadler@bgbalaska.com

By: /s/ Douglas A. Karet
Douglas A. Karet
Alaska Bar No. 1211099
dkaret@bgbalaska.com

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgbalaska.com

18-10-2'10U
3



Watterson Construction Co.
P.O. Box 220670
Anchorage,Alaska 99522

## Purchase Order #: PO-217-001

## Date: Feb 20, 2018

**To:** International Door, Inc.
8001 Ronda Drive
Canton, Michigan 48187

**Attn:** Richard Beal
Phone: (734) 459-3000
Fax: (734) 459-8962
Email: rbeal@international-door.com

**Project:** EIE378 F-35A Aircraft Weather Shelter, Squad #1
Eielson AFB, Alaska

**Invoices must reference PO # and be emailed to: invoices@wccak.com for prompt processing.**

**Ship To:** Lynden 5410 12th St. East, Fife, WA 98424

**PO Notes:** Per quote dated: 10/18/2017

**Ship Via:** Lynden

**Payment Terms:** Net 30

**FOB:** Tacoma, WA

**Primary Budget Code:** 08341

**Required Delivery Date:** Approx. 16-18 weeks after approval of submittals

**Required Submittal Date:** 4 WEEKS.

**Submittal Notes:**

| # | COST CODE | DESCRIPTION | TYPE | QUANTITY | UNITS | UNIT COST | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 08-341 - Hangar Door | Vertical Lifting Fabric Doors | Materials | 1.0 | LS | $3,830,176.00 | $ 3,830,176.00 |
| 2 | 08-341 - Hangar Door | IDI Lead Supervisor | Labor | 1.0 | ea | $15,000.00 | $ 15,000.00 |
| | | | | | | | |

**Total:** $3,845,176.00

**32 each Vertical Lifting Fabric Doors - IDI Model Parthenon Door VLF-ISM-HB**

**IDI Lead Supervisor - $125.22+airfare+lodging+meals+ground transportation - Duration of 1 door, approx 8-10 days - Approx. $15,000.00**
**(See attached quote, this is a unit price. Payment will be made for actual cost.)**

**(Estimated freight $300,000, may include later with a POCO)** DEDUCT

1. This material is for EIE378 F-35A Aircraft Weather Shelter, Squad #1 at Eielson AFB, AK in accordance with plans and specs for Contract No.: W911KB-18-C-0005.
2. Submittals and correspondence should reference Contract No.: W911KB-18-C-0005.
3. Watterson Construction Co. and all vendors/suppliers agree and certify that they shall comply with the requirements of all pertinent Federal Laws, Orders and Regulations including but not limited to Executive Order 11246, as amended, and the regulations at 41 CFR 60-1 through 60-60, and Section 38 USC 2012 (the Vietnam Era Veterans Readjustment Asst. Act of 1974), and Section 503 of the Rehabilitation Act of 1973, as

EXHIBIT 1
Complaint
Page 1 of 5



Watterson Construction Co.
P.O. Box 220670
Anchorage,Alaska 99522

amended and the regulations at 41 CFR 60-250 and 60-741; and the VETS-100 reporting requirements listed 41CFR 61-250.10.

4. Please provide Safety Data Sheets (SDS) where applicable.
5. This project has a Dept. of Defense C2 DO Priority Rating.
6. FAR 52.225-11 (OCT 2016) provides that all material purchased for this contract will fall under the requirements of the Buy American Act. Vendors/suppliers are required to ensure all material delivered shall comply with this FAR clause.
7. Vendor acknowledges that the project is registered with the USGBC and therefore will provide all information necessary to meet the requirements of the project specific plan.
8. This project will utilize Procore's (www.procore.com) project management and collaboration system for all project documentation. Subcontractor/vendor will be invited to, and are required to create a Procore username (email) and password. This Subcontractor/vendor will be expected to obtain drawings, sketches, RFIs, meeting minutes, coordination drawings, change information, etc. via this application. Contractor will notify subcontractors/vendors as relevant items are added. Subcontractor/vendor is responsible to regularly check and review updated documents. Applicable team members of this subcontractor/vendor are required to complete a free, one-hour subcontractor/vendor training certification course located at http://learn.procore.com within (2) two weeks of contract execution. There will be no cost to this Subcontractor for use of Procore.
9. All invoices must refer to the Purchase Order Number and should be emailed to: invoices@wccak.com for prompt processing.
10. Please sign and return one copy.

Please sign and return one copy.

Signed: [signature]
Jim Watterson, Executive Vice President
Watterson Construction Co.

Date: 2/20/2018

Signed: [signature]

Name: John Kaounas, President

Date: 02/22/2018

EXHIBIT 1
Complaint
Page 2 of 5

10/26/17 SBA site
[illegible] ES



# International Door, Inc.

8001 RONDA DRIVE • CANTON, MICHIGAN 48187 • 734/459-3000 • FAX 734/459 8962
www.international-door.com • ISO 9001 Registered

October 17, 2017 amended October 18, 2017

**WATTERSON CONSTRUCTION CO., INC.**
6500 Interstate Circle
Anchorage, AK 99518

Attn: Mr. Bill Watterson
Phone: (907) 563-7441
Email: billwatterson@wattersonconstruction.com

RE: F-35 Weather Shelter
Eielson AFB, AK

Dear Mr. Watterson:

Pursuant to your recent request and with reference to the information that you have provided. We are pleased to quote to you for the following special door systems. Please review and feel free to contact us if you have any questions or concerns.

**FURNISH ONLY – all material F.O.B. Tacoma, Washington. Additional freight and delivery to jobsite BY Watterson Construction and not included by International Door in this proposal)**

32 each Vertical lifting fabric doors for openings indicated below. All pricing based upon the published scope of work and per UFGS Specification Section 08 34 16.20 Vertical Lift Fabric Doors and shall include the following synopsis of work and design criteria.

- IDI Model: **Parthenon Door VLF-ISM-HB Clear Opening 55' wide x 23' high**
- Interior face mounted complete with header box – CUSTOMER to provide adequate support for new door system at each opening
- Vertical lifting hoist up operation stacking area required = 4'0" (+/-) depending on final head detail
- Motor operated with push button controls
  **NOTE #1: Control panels, and operating controls all standard NEMA 4 not explosion proof (see ADD #1 below for explosion proof control panels/operating controls Class 1 Division 2 – motors NOT affected by this change)**
- Door to operate at approximately 6"-8" per second **Each will open in 60 seconds or less**
- Audible and visual warning devices x NEMA 4
- **Reversing safety edges (intrinsically safe – mounted at bottom of door)**
- Fire department access from exterior **NOTE: cylinders/keys/keying BY OTHERS and NOT included by IDI**
- Fabric panels complete with: aluminum intermediate beams, safety arrestors and slack cable device
  Fabric color: Translucent as require
- One (1) cable/hose pass through per door as required
- Fabric panels with insulated value of r-5.1
- Steel bottom beams x primed gray
- Header box (1 per opening) primed only
- NO provision for pedestrian doors **Please contact International Door for ADD to provide pedestrian doors and impact on required stacking space above opening.**
- Windloading 135 MPH
- Snow loads as specified
- Perimeter seals
- Windlocks as necessary
- Design, engineering, shop drawings, schematics and O&M manuals
- Shipping schedule: Product to ship July/August 2018
- **Delivery to Tacoma, WA Additional freight and delivery charges beyond Tacoma, WA exclude**
  **Total number of trucks required for shipment: Approximately 1 truck per door - this could vary up or down depending on sequencing and scheduling.**
- Standard manufacturer's warranty (3 year parts - mechanical 10 years - fabric)

[handwritten: 10ay elete →]

EXHIBIT 1
Complaint
Page 3 of 5

GRAND TOTAL FOR THE SUM OF: $3,830,176.00 (total for 32 doors) EXCLUDING ALL TAXES

ADD #1 For Class 1 Division 2 control panels and operating controls: $806,400.00 (total for 32 doors) EXCLUDING ALL TAXES NOTE: Motors are standard and not affected by Class 1 Division 2 requirements

ADD #2 BOND IF REQUIRED 1.5% of awarded amount

ADD #3 Field supervision by IDI: $1,400.00 per day including: One experienced supervisor, single mobilization to jobsite (you will be billed $1,250.00 per day during trip to and from jobsite), transportation and all expenses while on site – assume 6 day work week

Not accepted at this time

REQUIREMENTS (all by Wattersnu Construction):
Crew size: 4 men
Duration per door: 8-10 days per door
Man lift: 2 each (40 feet)
Lull: 2 each (6 ton)

Price(s) exclude: ALL TAXES (please ADD if required), bonds (see ADD #2 above), permits, delivery beyond Tacoma, WA, demolition related work of any kind, opening preparation, opening jambs/headers, exterior face mounting, modifications to building to accept new door structure, design/fabrication/installation of building trusses, exit signs, installation, field supervision (see ADD #3), ALL electrical field wiring, wiring materials (wire, conduit, etc...), cylinders/keys/keying for exterior key switches, provision for pedestrian doors, explosion proof motors (excluded in ALL cases), explosion proof control panels/operating controls (See ADD #1 above), special finishes and all finish paint related work/materials.

LEAD TIME: With proper coordination 16-18 weeks AFTER approval of submittals.

Please review the information that we have provided. Please feel free to contact the undersigned if you have any questions or if you require additional information. For your convenience, please use any of the following methods to reach us:

Office Phone: (800) 231-9521 ext. 203
Cell Phone: (734) 564-7253
Fax (734) 459-8962
Email. rbeal@international-door.com

Thank you for this opportunity to serve you

Very Truly Yours
International Door, Inc

Richard Beal, Sales Manager

**Jim Watterson**

**From:** Richard Beal <rbeal@international-door.com>
**Sent:** Thursday, February 01, 2018 5:40 AM
**To:** Bill Watterson
**Cc:** Jim Watterson; Amanda Payne
**Subject:** RE: Weather Shelter

Good morning Bill
Per your request, we provide the following information for field supervision

IDI Lead Supervisor (Local 25 Union Ironworker – Foreman)........$125.22/hour + air fare + lodging +meals +ground transportation (all extras will be billed to you at cost)
Duration for one (1) door as quoted 8-10 working days.

Please let me know if you have any other questions.

Thank you. We are looking forward to working with you!




*Richard T. Beal*
Richard T. Beal, Sales Manager
International Door, Inc.
8001 Ronda Drive
Canton, MI 48187
Office: (734) 459-3000
Cell: (734) 564-7253
Email: rbeal@international-door.com
Website: www.international-door.com

**From:** Bill Watterson [mailto:billwatterson@wattersonconstruction.com]
**Sent:** Monday, January 29, 2018 6:27 PM
**To:** Richard Beal
**Cc:** Jim Watterson; Amanda Payne
**Subject:** Weather Shelter

Richard:
Heads up!
We were awarded the Weather Shelter project last week.







Watterson Construction Co.
P.O. Box 220670
Anchorage, Alaska 99522
Phone: (907) 563-7441
Fax: (907) 563-7222

**Project:** 217 - EIE378 F-35A Aircraft Weather Shelter, Squad #1
Loop Access Road & Cargain Road
Eielson AFB, Alaska 99702
Phone:
Fax:

Please change purchase order PO-217-001, as set forth below. All provisions of the original agreement except as herein changed are hereby expressly ratified and approved. This refers to Job 217 - EIE378 F-35A Aircraft Weather Shelter, Squad #1, Eielson AFB, Alaska.

## Purchase Order Change Order #001: Deduct Freight from PO 217-001

| | | | |
|---|---|---|---|
| **CONTRACT COMPANY:** | International Door, Inc.<br>8001 Ronda Drive<br>Canton, Michigan 48187 | **CONTRACT FOR:** | PO-217-001 :Vertical Lifting Fabric Doors |
| **DATE CREATED:** | 4/ 02 /2018 | **CREATED BY:** | Rita Kolstad (**Watterson Construction Co.**) |
| **CONTRACT STATUS:** | Approved | **REVISION:** | 0 |
| **DUE DATE:** | | **EXECUTED:** | No |
| **SCHEDULE IMPACT:** | | **TOTAL AMOUNT:** | ($300,000.00) |

**DESCRIPTION:**
Deduct Freight from PO 217-001

**ATTACHMENTS:**

**CHANGE ORDER LINE ITEMS:**

**PCO # 001 : CE #01 - Deduct Freight**

| # | Cost Code | Description | Type | Quantity | Units | Unit Cost | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 08-341 - Hangar Door | Deduct Freight | Freight | 1.0 | Ea | ($300,000.00) | (300,000.00) |
| | | | | | | **Subtotal:** | ($300,000.00) |
| | | | | | | **Grand Total:** | **($300,000.00)** |

| | |
|---|---|
| The original (Contract Sum) | $ 3,845,176.00 |
| Net change by previously authorized Change Orders | $ 0.00 |
| The contract sum prior to this Change Order was | $ 3,845,176.00 |
| The contract sum will be decreased by this Change Order in the amount of | ($300,000.00) |
| The new contract sum including this Change Order will be | $ 3,545,176.00 |
| The contract time will not be changed by this Change Order | |

**Watterson Construction Co.**
P.O. Box 220670
Anchorage Alaska 99522

4/2/18

**SIGNATURE** **DATE**

Jim Watterson, Executive Vice President
Watterson Construction Co.

**International Door, Inc.**
8001 Ronda Drive
Canton Michigan 48187

EXHIBIT 2
Complaint
Page 1 of 1

**SIGNATURE** **DATE**

**From:** George Kaounas <georgek@international-door.com>
**Sent:** Friday, February 28, 2020 11:48 AM
**To:** Kevin O'Hara; Mike Reilly
**Cc:** Jim Watterson; Bryce Eckroth
**Subject:** RE: Fabric Failure

I understand Kevin but this matter is in the hands of the fabric mfg now. I'm working fast as possible to get this resolved. I just need to know about the cracking right now.

George Kaounas
International Door, Inc.
8001 Ronda Dr.
Canton, MI 48187
Office: 734-459-3000 x219
Fax: 734-459-8962
Email: georgek@international-door.com

**From:** Kevin O'Hara [mailto:kohara@wccak.com]
**Sent:** Friday, February 28, 2020 3:50 PM
**To:** George Kaounas <georgek@international-door.com>; Mike Reilly <mreilly@wccak.com>
**Cc:** Jim Watterson <jwatterson@wccak.com>; Bryce Eckroth <beckroth@wccak.com>
**Subject:** RE: Fabric Failure

George,

The gov't has rejected all of the lower fabric on all of the doors. The cracking is apparent on at least 6 of the doors, and the wrinkling is apparent on all of the doors especially on the ends. The gov't has stated that with the wear and cracking that is already apparent, and with the limited use of the doors at this point, they are concerned with the integrity and longevity of this material. The COE is getting good examples of how this fabric works and functions in the cold weather as it is still in the -30 range. At the top portion, we have worked on adding a reinforcing strip at the edges of one of the doors and this seems to help with the proper lay down of the fabric. We have not noticed any cracking on the upper portion.

The building is ready for occupancy and all of our final inspections are complete, but with the problem on the fabric of the doors, the Gov't will not take possession of our building until we make necessary corrections. We see no alternative, but to replace the existing fabric on at least the lower sections of the doors, in order to have the gov't accept the building.

So a timely response is critical, as the jets that will occupy this building are due to be on site the first of April.

Kevin O'Hara
Watterson Construction
VP

907-590-0392 Cell

**From:** George Kaounas <georgek@international-door.com>
**Sent:** Friday, February 28, 2020 10:23 AM
**To:** Mike Reilly <mreilly@wccak.com>; Kevin O'Hara <kohara@wccak.com>
**Subject:** Fabric Failure

EXHIBIT 3
Complaint
Page 1 of 2

Mike/Kevin,

The mfg has some questions and one of them is this. Can you please give us an idea.G

- How much of the product was affected by this issue?

Thanks,

George Kaounas
International Door, Inc.
8001 Ronda Dr.
Canton, MI 48187
Office: 734-459-3000 x219
Fax: 734-459-8962
Email: georgek@international-door.com

EXHIBIT 3
Complaint
Page 2 of 2